# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Allan D Goldfarb<br><br>    Debtor(s) | Case No. 16 B 05466 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/19/2016.

2) The plan was confirmed on 05/09/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/01/2016.

5) The case was Dismissed on 07/18/2016.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $440.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$440.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $422.40 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $17.60 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$440.00** |

Attorney fees paid and disclosed by debtor:    $440.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Addison Police Department | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Adventist Bolingbrook Hospital | Unsecured | 550.20 | NA | NA | 0.00 | 0.00 |
| Alonzo H. Zahour | Unsecured | 956.00 | NA | NA | 0.00 | 0.00 |
| American Info Source LP | Unsecured | 971.89 | NA | NA | 0.00 | 0.00 |
| American Info Source LP | Unsecured | 449.57 | NA | NA | 0.00 | 0.00 |
| American Info Source LP | Unsecured | 771.01 | NA | NA | 0.00 | 0.00 |
| American Info Source LP | Unsecured | 805.79 | NA | NA | 0.00 | 0.00 |
| American Marketing & Publishing | Unsecured | 451.93 | NA | NA | 0.00 | 0.00 |
| Associate Pathologists of Joliet | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 180.57 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 763.51 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 2,027.61 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,719.80 | 3,414.60 | 3,414.60 | 0.00 | 0.00 |
| Cityoflockpt | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CNAC Glendale Heights | Secured | 12,862.00 | 12,861.74 | 12,861.74 | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 816.65 | NA | NA | 0.00 | 0.00 |
| Credit Management LP | Unsecured | 475.29 | NA | NA | 0.00 | 0.00 |
| Dex | Unsecured | 441.31 | NA | NA | 0.00 | 0.00 |
| Direct Tv | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| dish network | Unsecured | 156.44 | NA | NA | 0.00 | 0.00 |
| DSS White LLC | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 825.05 | NA | NA | 0.00 | 0.00 |
| FMC - Omaha Service | Unsecured | 1,442.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Service INC. | Unsecured | 259.31 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 26,741.00 | 70,799.20 | 70,799.20 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,671.00 | 3,798.42 | 3,798.42 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 825.93 | 825.93 | 825.93 | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson, | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV Funding LLC | Unsecured | 2,834.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 2,216.06 | NA | NA | 0.00 | 0.00 |
| Mid-America Management | Unsecured | 747.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,215.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 501.23 | 477.16 | 477.16 | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Okinus Inc | Unsecured | 1,413.82 | 1,707.84 | 1,707.84 | 0.00 | 0.00 |
| Osi Collect | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 918.00 | 1,998.69 | 1,998.69 | 0.00 | 0.00 |
| People's Gas Light & Coke Co. | Unsecured | 1,117.90 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Service | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| Prairie Emergency Services | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| Provena Saint Joseph Medical Center | Unsecured | 727.04 | NA | NA | 0.00 | 0.00 |
| Rauch-Milliken International | Unsecured | 548.78 | NA | NA | 0.00 | 0.00 |
| Sears/Cbna | Unsecured | 2,477.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 280.90 | 252.44 | 252.44 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 252.00 | 1,192.22 | 1,192.22 | 0.00 | 0.00 |
| Sterling Estate | Unsecured | 3,368.38 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 294.56 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 744.28 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 763.51 | NA | NA | 0.00 | 0.00 |
| Village of Summit | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Yellow Page Resources | Unsecured | 497.99 | NA | NA | 0.00 | 0.00 |
| Yellow Pages | Unsecured | 459.99 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,861.74 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,861.74** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,466.50** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $440.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$440.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/28/2016        By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**